**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Augustin Ganley, | Civil No. 08-5048 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL OF** |
| vs. | **RICHARD LILLIARD AND CRAIG RONALD WILLIAMS** |
| Officer Richard Lilliard, Officer Craig Ronald Williams, Sgt. Edward T. Nelson, Sgt. Dale Burns, Lt. Marie Przynski, Deputy Chief Robert Allen, and City of Minneapolis, | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 35), **IT IS ORDERED** that all claims against Richard Lilliard and Craig Ronald Willliams are **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated:  January 27, 2010

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge