**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Augustin Ganley, | Civil No. 08-5048 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Officer Richard Lilliard, Officer Craig Ronald Williams, Sgt. Edward T. Nelson, Sgt. Dale Burns, Lt. Marie Przynski, Deputy Chief Robert Allen, and City of Minneapolis, | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 37), **IT IS ORDERED** that all claims against Defendants are **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 1, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge